UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LANDRYS L L C ET AL** | **CASE NO.  2:26-CV-00424** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHUBB BERMUDA INSURANCE LTD** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Chubb Bermuda Insurance LTD.'s Motion to Dismiss or Stay (Doc. 7) is **GRANTED,** dismissing this lawsuit for lack of personal jurisdiction, and Plaintiffs' Motion for Declaratory Judgment and Request for Anti Suit Injunction is **DENIED** (Doc. 16).

**THUS DONE AND SIGNED** in chambers on this 15th day of April, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE